[No. 13526.    Department One.    February 10, 1917.]

JOHN W. CRAWFORD *et al.*, *Appellants*, v. LOUIS P. SICHLER, *Trustee et al.*, *Respondents*, HAVEN IRRIGATION & LAND COMPANY, *Intervener.*[1]

Appeal from a judgment of the superior court for Grant county, Steiner, J., entered October 29, 1915, upon findings in favor of the defendants, in an action for equitable relief, tried to the court. Affirmed.

*Henry J. Snively*, *James Collins Lloyd*, and *Charles F. Riddell*, for appellants.

*McClure & McClure* (*Walter S. Osborn*, of counsel), for respondent Fox.

*Joseph R. Anderson*, for intervener.

PER CURIAM.—The facts in this case are substantially the same as in the case of *Lloyd v. Sichler*, *ante* p. 611, 162 Pac. 979. The case is controlled by the same principle of law.

Upon the authority of the case cited, the judgment of the lower court is affirmed.

[1]Reported in 162 Pac. 981.